AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

21 U.S.C. § 844(a) - Possession of a Controlled Substance (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum prison term of one year
Maximum fine of $100,000 (Minimum $1,000 fine)
Maximum supervised release term of one year
Mandatory $25 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- DEFENDANT - U.S ---
▶ Paul D. Nieblas, Jr.

DISTRICT COURT NUMBER
CR 08 0308 MAG

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
National Park Service Rangers, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS

--- DEFENDANT ---

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 03/14/2008

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,     )   No.
   |                               )
13 |        Plaintiff,             )   VIOLATION: 21 U.S.C. § 844(a) -
   |                               )   Possession of a Controlled Substance
14 |   v.                          )   (Class A Misdemeanor)
   |                               )
15 | PAUL D. NIEBLAS,               )
   |                               )   SAN FRANCISCO VENUE
16 |        Defendant.             )
   |                               )
17 |_____)

18                              I N F O R M A T I O N

19  The United States Attorney charges:

20  COUNT ONE: 21 U.S.C. § 844(a) - Possession of a Controlled Substance

21    On or about March 14, 2008, in the Northern District of California, the defendant,

22                              PAUL D. NIEBLAS,

23  did knowingly and intentionally possess a Schedule I controlled substance, to wit: a mixture

24  and substance containing a detectable amount of methylenedioxymethamphetamine, also

25  //
26  //
27  //
28  //

INFORMATION

known as MDMA, in violation of Title 21, United States Code, Section 844(a), a Class A Misdemeanor.

DATED: *May 7, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Kyle F. Waldinger*
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: */s/ Wendy Thomas*)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION