JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone:     (415) 436-6809
   Fax:     (415) 436-7234
   Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0308 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| PAUL D. NIEBLAS, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Linda Wu in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Paul D. Nieblas, 1885 Ednamary Way, Apt. A, Mountain View, California, 94040. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                              Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

Dated: __3/12/08_____                             /s/_____
                                              WENDY THOMAS
                                              Special Assistant United States Attorney