JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0308 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| PAUL D. NIEBLAS, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Linda Wu, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Paul D. Nieblas, 1885 Ednamary Way, Apt. A, Mountain View, California, 94040, to appear on June 16, 2008, at 9:30 a.m. before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____    _____
EDWARD M. CHEN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0308 MAG